# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT CERAMI, on behalf of himself and on behalf of a Class of all other persons similarly situated,<br>　　　　Plaintiff,<br>vs.<br>METLIFE INC., an unknown business organization; METLIFE BANK, N.A., an unknown business organization; METLIFE HOME LOANS, INC., an unknown business organization; and DOES 1 to 500, Inclusive,<br>　　　　Defendants. | Case No.: SACV 11-00681-CJC(MLGx)<br><br>ORDER AWARDING ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENTS |

Plaintiffs' Motion for Award of Attorneys' Fees, Costs, and Class Representative Enhancements came on for hearing on February 4, 2013, at 1:30 p.m. in Courtroom 9B of the United States District Court, Central District of California, the Hon. Cormac J. Carney presiding.

Having considered the Motion and supporting papers filed by Plaintiffs and the oral arguments of counsel, IT IS HEREBY ORDERED as follows:

1. The Cooper Law Firm, P.C., The Carter Law Firm, Quintilone & Associates, The Phelps Law Group, Gaines & Gaines, APLC, Steven L. Miller, APLC, and Law Offices of Scott A. Miller, APC (collectively referred to as Class Counsel"), having conferred a benefit on absent Class Members and having expended efforts

to secure compensation to the Class, are entitled to a fee, and accordingly, the Court approves the application by Class Counsel for attorneys' fees in the total amount of $750,750. This amount is payable as set forth in the Settlement Agreement.

2. The Court further approves Class Counsel's reasonable litigation costs in the amount of $21,845.90, to be paid as set forth in the Settlement Agreement.

3. The Court further approves a payment of $20,000 to Class Representative, Robert Cerami, for his initiation of this action, work performed, and risks undertaken in this matter.

4. The Court further approves a payment of $20,000 to Class Representative, Berry Hollander, for his initiation of this action, work performed and risks undertaken in this matter.

**IT IS SO ORDERED.**

DATED: February 4, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE